# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JAMES WENNERSTEIN**             **PETITIONER**

**VS.**          **CASE NO. 5:19CV00154 BRW/PSH**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**            **RESPONDENT**

## ORDER

I have received proposed Findings and Recommendations (Doc. No. 25) from Magistrate Judge Patricia S. Harris. No objections have been filed and the time for doing so has passed. After careful review of those Findings and Recommendations and a *de novo* review of the record, I approve and adopt the Findings and Recommendations in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 17th day of October, 2019.

                                                *Billy Roy Wilson*
                                            UNITED STATES DISTRICT JUDGE