# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES WENNERSTEIN                                            PETITIONER

VS.                      CASE NO. 5:19CV00154 BRW/PSH

WENDY KELLEY, Director,
Arkansas Department of Correction                        RESPONDENT

## JUDGMENT

Based on the Order entered today, judgment is entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 17th day of October, 2019.

                                                           Billy Roy Wilson
                                                     UNITED STATES DISTRICT JUDGE